836

No. 673. Chavis v. E. I. du Pont de Nemours & Co. C. A. 4th Cir. Certiorari denied. Mr. Justice Harlan took no part in the consideration or decision of this application. *Henry H. Edens* and *Henry Hammer* for petitioner. *J. Means McFadden* and *David W. Robinson* for respondent.

No. 335, Misc. Robles v. United States. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for the United States.

No. 401, Misc. Kinard v. New York. Appellate Division, Supreme Court of New York, Second Judicial Department. Certiorari denied. Petitioner *pro se. William I. Siegel* for respondent.

No. 409, Misc. Jordan v. Cochran, Corrections Director. Supreme Court of Florida. Certiorari denied. Petitioner *pro se. Richard W. Ervin,* Attorney General of Florida, and *B. Clarke Nichols,* Assistant Attorney General, for respondent.

No. 436, Misc. Valentin v. New York. Appellate Division, Supreme Court of New York, First Judicial Department. Certiorari denied. *Edward Q. Carr, Jr.* for petitioner.

No. 445, Misc. Williams v. United States. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.